# Sealed Document Filed

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:03-CR-10081 was distributed by fax, mail, or direct printing on October 22, 2003 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
3rd Floor Federal Bl
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT